UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN MORGAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARIBOU COFFEE COMPANY, INC., JAB BEECH INC., PINE MERGER SUB, INC., GARY GRAVES, KIP R. CAFFEY, SARAH PALISI CHAPIN, WALLACE B. DOOLIN, CHARLES H. OGBURN, PHILIP H. SANFORD, and MICHAEL TATTERSFIELD,<br><br>Defendants. | Case No. 13-cv-00070 (JRT/FLN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice that this action is dismissed without prejudice as to all above-named Defendants, with each side to bear its own costs and attorneys' fees.

Dated: May 8, 2013

Respectfully submitted,

s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#0341691)
Daniel C. Hedlund (#258337)
Raina C. Borrelli (#0392127)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844

1

Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dhedlund@gustafsongluek.com
rborrelli@gustafsongluek.com

Evan J. Smith
Marc L. Ackerman
**Brodsky & Smith, LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
Fax: (610) 667-9029
esmith@brodsky-smith.com
mackerman@brodsky-smith.com

*Counsel for Plaintiff*